**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000758**
**15-APR-2024**
**07:51 AM**
**Dkt. 34 OGMD**

NO. CAAP-23-0000758

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KIAʻI WAI O WAIʻALEʻALE, an unincorporated association;
FRIENDS OF MAHAʻULEPU, a nonprofit corporation,
Plaintiffs/Appellants-Appellees, v.
BOARD OF LAND AND NATURAL RESOURCES, STATE OF HAWAIʻI,
Defendant/Appellee-Appellant, and
KAUAʻI ISLAND UTILITY COOPERATIVE,
a domestic cooperative association,
Defendant/Appellee-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-22-0000015)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of Defendant/Appellee-Appellant Board of Land and Natural Resources' April 8, 2024 Motion to Dismiss Appeal, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 42(b).

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, April 15, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge